UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 1:10-CV-10604-MLW

MICHAEL DUNN,
    Plaintiff,

v.

CITY OF SALEM, KIMBERLY DRISCOLL, SALEM POLICE DEPARTMENT, PAUL TUCKER, BRIAN GILLIGAN, THOMAS GRIFFIN, SALEM POLICE RELIEF ASSOCIATION, NANCY O'DONNELL, ROBERT PHELAN, DAVID TUCKER, CYNTHIA JERZLYLO, BRIAN NORRIS, JOHN DOYLE, GARY LEBRUN, and THOMAS CUNNINGHAM,
    Defendants.

**ASSENTED MOTION TO CONTINUE HEARING
SCHEDULED FOR 6 JANUARY 2011**

    Now comes the Plaintiff, with the Defendants' assent, and respectfully requests that this Honorable Court reschedule the hearing currently scheduled for 6 January 2011 at 2:30 p.m. regarding the Scheduling Conference and the Defendants' Motion to Dismiss to a date convenient for the Court. As reasons for this motion, lead counsel for the Plaintiff has a family member that has been admitted to hospital. Counsel is seeking appointment as Guardian for that family member and must address imminent health care decisions and, therefore, will be unavailable for the hearing.

| Assented to by defendants' counsel, | Respectfully Submitted by plaintiff's attorneys, |
|---|---|
| */s/ Jeremy Silverfine* | /s/ *James Dunn* |
| Jeremy Solverfine, BBO# 542779 | James Dunn, BBO# 676362 |
| (617) 880-7100 | (617) 504-4881 |
| jsilverfine@bhpklaw.com | jdunn@maranolaw.com |
| BRODY, HARDOON, PERKINS & KESTEN | Peter T. Marano, BBO# 665506 |
| One Exeter Plaza | (617) 227-1227 |
| Boston, MA 02116 | pmarano@maranolaw.com |
| | Law Offices of Peter T. Marano, LLC |
| | 100 State Street, 5th Floor |
| | Boston, MA 02109 |
| | Date: 6 January 2011 |

### CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.

/s/ *James Dunn*

James Dunn, BBO# 676362

Date: 6 January 2011